**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PARK 1500 CONDOMINIUM ASSOCIATION, | ) | |
| | ) | Case No. 26-4327 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AFFILIATED FM INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL PURSUANT TO 28 U.S.C § 1332, 1441 and 1446

Affiliated FM Insurance Company ("Affiliated FM" or "Defendant"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby removes this case from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.  In support of this Notice of Removal, Affiliated FM states as follows:

## STATE COURT ACTION

1. On March 17, 2026, Park 1500 Condominium Association ("Park 1500" or "Plaintiff") filed its Complaint and Demand for Jury Trial (the "Complaint"), Case No. 2026-CH-02542, naming Affiliated FM as the sole defendant.  Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint and Jury Demand is attached as **Exhibit A**.

2. The Complaint alleges that Affiliated FM issued a property insurance policy to Plaintiff, an insurance claim was made by Plaintiff pertaining to alleged loss or damage to Plaintiff's property, and that Affiliated FM breached its obligations to Plaintiff in connection with the insurance claim.  Plaintiff's two count Complaint includes claims for breach of contract and declaratory relief.

1

3. On March 20, 2026, Affiliated FM received a copy of the Summons and Complaint.

4. According to the docket sheet from the Circuit Court of Cook County, Illinois, the following documents are the only filings in the State Court Action:

    a. Complaint and Jury Demand (with exhibits);

    b. File Stamped Summons; and

    c. Notice and Acknowledgment of Receipt of Summons and Complaint

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant in the State Court Action are accordingly attached hereto, as **Exhibits A** and **B**.

**TIMELINESS**

6. Section 1446(b)(1) of title 28 sets requirements for the filing of a Notice of Removal, and provides that: "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

7. This notice of removal is timely filed because Affiliated FM filed it within thirty days of the date that Affiliated FM received the lawsuit. 28 U.S.C. § 1446(b)(1).

**JURISDICTION AND VENUE**

8. This Court has jurisdiction over this action pursuant to the provisions of 28 U.S.C. § 1332(a) because both the diversity of citizenship and amount in controversy requirements are met.

9. The parties are of diverse citizenship. Plaintiff is an Illinois not-for-profit corporation with its principal place of business in Illinois. *See* **Exhibit A**, Complaint, ¶ 13.

2

Defendant is an insurance company organized under the laws of Rhode Island, with its principal place of business in Rhode Island.

10.     The amount in controversy requirements are met.  Before the State Court Action was filed, Plaintiff communicated to Affiliated FM that it sought significantly more than $75,000.00, exclusive of interests and costs, under the policy of insurance. Plaintiff's Complaint claims damages of "at least $1,527,512.05" for the breach of contract claim only. *See* **Exhibit A**, Complaint, ¶97.

11.     Venue for purposes of removal is proper.  Actions are removable from a state court to the district court that encompasses the county where the action was filed.  *See* 28 U.S.C. § 1446(a).  Here, the Northern District of Illinois, Eastern Division, includes the Circuit Court of Cook County, Illinois.

## NOTICE

12.     Affiliated FM is filing with the Clerk of the Circuit Court of Cook County, Illinois a *Notice of Filing of Notice of Removal*, together with this Notice of Removal and supporting documents, in accordance with 28 U.S.C. § 1446(d). *See* **Exhibit C**.

13.     Contemporaneously with this filing, Affiliated FM is providing notice to Plaintiff in accordance with 28 U.S.C. § 1446(d).

## CONCLUSION

14.     Having established the requirements for diversity jurisdiction and amount in controversy are met, and this action otherwise meeting the requirements for removal, the State Court Action may be removed to this Court, and Affiliated FM hereby gives notice of its removal.

WHEREFORE, Defendant Affiliated FM Insurance Company, hereby provides notice of removal and respectfully requests that this Court take all actions necessary or appropriate to permit the continued litigation of the lawsuit brought by Plaintiffs in the U.S. District Court for the Northern District of Illinois.

Dated: April 17, 2026

Respectfully submitted,

*/s/ Michael L. Foran*
Michael L. Foran
John P. Eggum
Foran Glennon Palandech Ponzi & Rudloff PC
222 N. LaSalle St., Ste. 1400
Chicago, IL 60601
T: 312-863-5080
E: mforan@fgppr.com
E: jeggum@fgppr.com

**Attorneys for Defendant Affiliated FM Insurance Company**

## CERTIFICATE OF SERVICE

The undersigned certifies that, on April 17, 2026, the foregoing document was electronically filed using the Court's E-Filing System (ECF), which will automatically notify and provide a copy to the following counsel of record via email:

Kenneth M. Gorenberg
Kelly Koss
Alexandra Dumezich
Barnes & Thornburg LLP
One N. Wacker Drive, Ste. 4400
Chicago, IL 60606
T: 312-357-1313
F: 312-759-5646
Kenneth.gorenberg@btlaw.com
Kelly.koss@btlaw.com
Alexandra.dumezick@btlaw.com
Firm No. 32715

**Attorneys for Plaintiff**

/s/ Michael L. Foran
Michael L. Foran

5